IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-02-0201 |
| | * | Civil No. JFM-07-1808 |
| | * | |
| JAMES E. GROSS, SR. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 26th day of August

2008

ORDERED that the motion filed by James Elmer Gross, Sr. under 28 U.S.C. §2255 be

denied.



_____/s/_____

J. Frederick Motz
United States District Judge