In The United States Court of Appeals
For The Fourth Circuit

James E. Gross, Sr.

vs.

United States of America

Criminal No. JFM-02-0201
Civil No. JFM-07-1808

SEP 10 2008

## Notice of Appeal

Now comes, James E. Gross, Sr. this 4nd day of September, 2008 proceeding in Pro Se Representation, giving Notice of Appeal to the order issued by the District Court on 8/26/2008. Which Judge Motz denied petitioners 28 U.S.C 2255 Motion to Vacate, Set Aside or Correct Sentence by a Federal Prisoner.

James E. Gross, Sr.
27364-037
U.S.P Big Sandy
P.O. Box 2068
Inez, KY 41224
9/4/2008

CERTIFICATE OF SERVICE

I, James E. Gross, Sr, do hereby declare that on 9/4/2008 I placed in the mail a copy of a Notice of Appeal to the below:

① Clerk of the Court
United States District Court
101 W. Lombard Street
Balto, Md 21201

② A.U.S.A Robert Harding
36 South Charles Street 4th Floor
Baltimore Md 21201

I declare under the penalty of perjury that the formentioned is true, correct, and not misleading to the best of my knowledge.

Js E. G. sr
James E. Gross, sr
27361-037
U.S.P Big Sandy
P.O. Box 2068
Inez, Ky 41224
9/4/2008





INMATE NAME: James Gross, sr
REGISTER NUMBER: 27361-037
U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

"Legal Mail"

Clerk of the Court
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201-2691