TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>   Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>James E. Gross, Sr.<br>     v.<br>USA | District Court Case No. JFM02cr0201 &<br>JFM07-cv-1808<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.   NOA filed: 09/08/08 | 4.   Fees<br>                                           X   no fee required (CJA)<br>$5 filing fee:                                  paid        unpaid<br>$250 docketing fee:                         paid        unpaid |
| 2.   Amended NOA filed: | Pauper status:           ☐ granted    ☐ denied    ☐ pending in District Court<br>Does PLRA apply?        ☐ yes   ☐ no      ☐ 3 strikes?    ☐ yes   ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.   District Judge: J. Frederick Motz | 5.   Materials Under Seal in District Court?   X yes      no<br><br>       Party Names Under Seal in District Court?         ☐ yes     X no |
| 6. Official Court Reporter(s)<br>    ER/Sexton<br>    Jackie Sovich<br>    Mary Zajac<br><br><br> Coordinator(s):<br> Nadine Mercer | 7.   Transcript<br><br>       In-Court Hearing Held?                         x yes    no<br><br>8.   Criminal/Prisoner Cases<br><br>☐ recalcitrant witness            Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |
| **Part II** | TRANSMITTAL OF RECORD TO COURT OF APPEALS |

| ORIGINAL RECORD | | SUPPLEMENT TO RECORD - SUPPLEMENT # _____ | |
|---|---|---|---|
| Pleadings: | Vols. _____ | Pleadings: | Vols. _____ |
| Transcript: | Vols. _____ | Transcript: | Vols. _____ |
| Exhibits: | Vols. _____ | Exhibits: | Vols. _____ |
| Depositions: | Vols. _____ | Depositions: | Vols. _____ |
| State Ct. Record: | Vols. _____ | State Ct. Record: | Vols. _____ |
| Sealed: | Vols. _____ | Sealed: | Vols. _____ |
| No. of Boxes | _____ | No. of Boxes | _____ |

Deputy Clerk: Nadine Mercer        Phone:   (410) 962-3986              Date:   09/12/08